AO 93 (Rev. 5/85) Search Warrant

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 0 3 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

In the Matter of the Search of
(Name, address, or brief description of person, property or premises to be searched)



**SEARCH WARRANT**

CASE NUMBER: 7:06mj434

The residence is further described as a ranch style house, with brown brick, gray trim and black shutters, the room to be searched is a workshop located in the basement of the residence.

TO: Special Agent ATF and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent W.T. Henderson, ATF who has reason to believe that ☐ on the person of or ☒ on the premises known as or ☒ in the property described as (name, description and/or location)

**SEE ATTACHMENT A, incorporated as part of warrant**

In the Western District of Virginia
there is now concealed a certain person or property, namely (describe the person or property to be seized)

Property that constitutes evidence of the commission of a criminal offense, fruits of the crime, and/or things otherwise criminaly possessed, or property designed or intended for use which is or has been used as the means of committing a criminal offense. Contraband, evidence of the crime, fruits of the crime, instruments of the crime, concerning a violation of Title 26 United States code, Section(s) 5861(d) and 5861(i).

**SEE ATTACHMENT B, incorporated as part of warrant**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___8-10-06___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to as required by law.

_____
U.S. Judge or Magistrate Judge

8-1-06  11:40 pm                    AT        Roanoke, VA
Date and Time Issued                          City and State

Michael F. Urbanski                           _____
Name and Title of Judicial Officer            Signature of Judicial Officer

US Magistrate Judge

## ATTACHMENT A

The residence of Sherrie Edwards Conner located at ███████████████
███████████ The residence is further described as a brown brick ranch style house with gray trim and black shutters. The room to be searched is a workshop located in the basement of the residence. It is further described as the second doorway on the left from the stairs leading down into the basement. The doorway to the workshop is open and visible inside the workshop are two workbenches.

## ATTACHMENT B

1. Bombs, explosives, improvised explosive devices.

2. Books, records, receipts, notes, ledgers, owe sheets, and other papers relating to the manufacture, transportation, ordering, purchase, and distribution of explosives, chemicals, or bomb making materials.

3. Bomb making components, such as, but not limited to: pipe, tubing, wires, explosives powders, chemicals, liquids, tools, triggers, initiators, switches, and batteries.

4. Electronic equipment, such as, but not limited to: computers, fax machines, telephone answering machines, telephone paging devices, cellular telephones, currency counting machines, and any information stored in memory or contained in any related hardware and/or software.

5. Photographs, in particular, photographs of devices, or photographs of effects of explosive devices.

AO 93 (Rev. 5/85) Search Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08-01-06 | 08-02-06 @ 0007 hrs | Left with Sherrie Conner |

INVENTORY MADE IN PRESENCE OF
ATF S/A J. D. Underwood and ATF S/A Henderson.

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. Computer printout containing directions for manufacturing improvised black powder.
2. Red Hobby Fuse.
3. Miscellaneous books/manuals related to explosives.
4. Improvised Explosive Device.
5. Box of assorted ball bearings.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____  8/3/06
                              Date

Subscribed, sworn to, and returned before me this date

_____ James C. _____            Aug. 3, 2006
         U.S. Judge or Magistrate Judge       Date